

# THE ATTORNEY GENERAL

# OF TEXAS

## AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

September 22, 1958

Mrs. Marie Hudson
Firemen's Pension Commissioner
702 Tribune Building
Austin, Texas

Opinion No. WW-501

Re: The maximum benefit provided
for the beneficiaries of a
fireman who was covered at the
time of his death by the pro-
visions of the Firemen's Pen-
sion Law, said death not being
caused by the performance of
Dear Mrs. Hudson: his duties as a fireman.

We have your request for an opinion. You desire to
know what is the measure of the maximum benefit provided for
the beneficiaries of a fireman who was covered at the time of
his death by the provisions of The Firemen's Pension Law, said
death not being caused by the performance of his duties as a
fireman.

Section 7A of Article 6243e of Vernon's Civil Stat-
utes, provides a pension allowance for death or disability
from cause not resulting from performance of duties and reads
as follows:

"Whenever a person serving as an active
fireman duly enrolled in any regularly active
fire department in any city or town in the
State having a population of less than five
hundred thousand (500,000) according to the
last preceding Federal Census, which city or
town is now within or may hereafter come within
the provisions of this Act, shall die or become
disabled from any cause other than a disability
acquired in the performance of his duty as a
fireman, a pension allowance shall be paid to
the widow or fireman. The monthly pension
allowance shall be computed as follows: five
per cent (5%) of the total amount the individ-
ual fireman or widow would have been entitled
to receive under Section 7 or Section 12 had

such death or disability occurred as the result of such fireman's being incapacitated or killed while in and/or in consequence of the performance of his duty as a fireman shall be allowed for each year of participation in the relief and retirement fund, provided that such allowance shall not be computed on the basis of more than twenty (20) years. In no event, however, shall such fireman or widow receive an amount less than Fifty Dollars ($50) per month. If such fireman be a volunteer fireman and thereby receiving no salary, the amount so ordered paid, if all of the other conditions have been met, shall be not less than Twelve Dollars and Fifty Cents ($12.50) per month.

"If any such fireman who is a member of a 'full paid' fire department shall die from any cause not growing out of and not in consequence of his duty as a fireman and shall leave surviving him a child or children under the age of eighteen (18) years or a dependent parent, said Board of Trustees shall order paid a monthly pension allowance as follows:  (a) to the guardian of each child the sum of Twenty Dollars ($20) per month until such child reaches the age of eighteen (18) years; (b) in the event the widow dies after being entitled to her allowance as herein provided or in the event there be no widow to receive an allowance, then the amount to be paid to the guardian of any dependent minor child or children under the age of eighteen (18) years shall be Forty Dollars ($40) per month for each such dependent minor child; and (c) to the dependent parent only in case no widow or child is entitled to allowance, the amount the widow would have received to be paid to but one (1) parent and such parent to be determined by the Board of Trustees; <u>provided however, that the total allowance to be paid all beneficiaries or dependents as herein provided shall not exceed the monthly allowance to be paid the pensioner had he continued to live or be retired on allowance at the date of his death</u>; and further provided, that if such amount be insufficient to pay the full schedule of benefits as herein provided, such benefits shall be prorated. Allowance or benefits payable to any minor child shall cease when such child becomes eighteen (18) years of age or marries.

"Provided, however, that the provisions
of this Section shall not apply if the death
or disability of the fireman was caused while
such fireman was gainfully employed by someone
other than the respective fire department for
which he was employed or contributed his serv-
ices.

"The provisions of this Section as amended
shall be automatically applicable to any relief
and retirement fund in which such Section was
included by majority vote of the members prior
to the effective date of this amending Act, pro-
vided however that the paragraph providing bene-
fits for surviving beneficiaries of a member of
a 'full paid' fire department shall only be ap-
plicable to beneficiaries of a member of a 'full
paid' fire department. Provided further however,
that the provisions of this Section shall not be
applicable to any particular relief and retire-
ment fund in which such Section was not included
prior to the effective date of this amending Act
until after an election has been held and the
majority of the participating members of that
respective fund have voted to include the provi-
sions contained in this Section within the Relief
and Retirement Fund. At such election the effec-
tive date of these provisions shall also be set.
Added Acts 1953, 53rd Leg., p. 352, ch. 82, § 3,
as amended Acts 1957, 55th Leg., p. 617, ch. 275,
§ 6." (Emphasis added).

Section 12 of Article 6243e, Vernon's Civil Statutes,
governs the amount of allowances to beneficiaries of deceased
members, and is as follows:

"If any member of any department in any
city or town having a population of less than
five hundred thousand (500,000) according to the
last preceding Federal Census, which city or town
is now within or may hereafter come within the
provisions of this Act, who has been retired on
allowance because of length of service or disabil-
ity, shall thereafter die from any cause whatso-
ever; or if while in service, any member shall die
from any cause growing out of and/or in consequence
of the performance of his duty; or shall die from
any cause whatsoever after he has become entitled
to an allowance or pension certificate and shall

leave surviving a widow, a child or children under the age of eighteen (18) years or a dependent parent, said Board of Trustees shall order paid a monthly allowance as follows: (a) to the widow, so long as she remain a widow and provided she shall have married such member prior to his retirement, a sum equal to one-third (1/3) of the average monthly salary of the deceased at the time of his retirement on allowance or death; (b) to the guardian of each child until such child reaches the age of eighteen (18) years, the sum of Six Dollars ($6) per month for part paid or volunteer Departments, and the sum of Twenty Dollars ($20) per month for fully paid Departments; (c) in the event the widow dies after being entitled to her allowance as herein provided, or in the event there be no widow to receive an allowance, then the amount to be paid to the guardian of any dependent minor child or children under the age of eighteen (18) years shall be Twelve Dollars ($12) per month for each such dependent minor child for part-paid or volunteer Departments, and the sum of Forty Dollars ($40) per month for each such dependent minor child for fully paid Departments; (d) to the dependent parent only in case no widow or child is entitled to allowance, the amount the widow would have received to be paid to but one (1) parent and such parent to be determined by the Board of Trustees; provided however, that the total allowance to be paid all beneficiaries or dependents as herein provided shall not exceed the monthly allowance to be paid the pensioner had he continued to live or be retired on allowance at the date of his death; and further provided, that if such amount be insufficient to pay the full schedule of benefits as herein provided, such benefits shall be prorated. Allowance or benefits payable to any minor child shall cease when such child becomes eighteen (18) years of age or marries. As amended Acts 1955, 54th Leg., p. 461, ch. 127, § 2; Acts 1957, 55th Leg., p. 617, ch. 275, § 13." (Emphasis added)

From the foregoing you are advised that when a fireman dies who was covered at the time of his death by the provisions of the Firemen's Pension Law, and said death was not caused by the performance of his duties as a fireman, the total pension allowance which may be paid his beneficiaries cannot exceed the monthly allowance to be paid the pensioner had he

continued to live or be retired on allowance at the date of his death.  The actual date of death is the time to be used in the calculation.

### SUMMARY

When a fireman dies who at the time of his death was covered by the provisions of the Firemen's Pension Law, and the death was not caused by the performance of his duties as a fireman, the total pension allowance payable to his beneficiaries cannot exceed the monthly allowance had he continued to live or be retired on allowance at the date of his death.

Yours very truly,

WILL WILSON
Attorney General of Texas

By: Jot Hodges
Jot Hodges
Assistant

Jay Howell
Jay Howell
Assistant

GPB:JH
mc:zt:wb

APPROVED:
OPINION COMMITTEE

Geo. P. Blackburn, Chairman
Raymond V. Loftin, Jr.
Jack Price
John Reeves

REVIEWED FOR THE ATTORNEY GENERAL

BY:  W. V. Geppert